```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 43679
    PATRICIA ANN TORRES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8583

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/24/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.84% from remaining funds.

     The case was paid in full 01/14/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
RESURGENT ACQUISITION LL  UNSECURED OTH   391.82             .00          97.31
RESURGENT ACQUISITION LL  UNSECURED      5814.28             .00        1444.09
CITIBANK                  NOTICE ONLY    NOT FILED           .00             .00
CLINICAL CARDIOLOGY       UNSECURED      NOT FILED           .00             .00
CONRAD & CAHILL           UNSECURED      NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED      NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED      NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED      NOT FILED           .00             .00
GOTTLIEB MEMORIAL         NOTICE ONLY    NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED      NOT FILED           .00             .00
J C PENNEY                UNSECURED      NOT FILED           .00             .00
WORLD FINANCIAL NETWORK   UNSECURED       145.42             .00          36.12
MEDICAL IMAGING           UNSECURED      NOT FILED           .00             .00
MEDICAL IMAGING PROFESSI  NOTICE ONLY    NOT FILED           .00             .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED           .00             .00
QUEST DIAGNOSTICS         NOTICE ONLY    NOT FILED           .00             .00
TARGET NATIONAL BANK      UNSECURED      6799.67             .00        1688.83
PETER FRANCIS GERACI      DEBTOR ATTY   2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                         333.65
DEBTOR REFUND             REFUND                                          160.80

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                 RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            6,460.80

PRIORITY                                  .00
SECURED                                   .00
UNSECURED                            3,266.35
ADMINISTRATIVE                       2,700.00
TRUSTEE COMPENSATION                   333.65

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 43679 PATRICIA ANN TORRES
```

```
DEBTOR REFUND                                                  160.80
                                         ---------------    ---------------
TOTALS                                         6,460.80           6,460.80
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 04/24/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```